1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

IRMA RAMIREZ and DAREN HEATHERLY,

                  Plaintiffs,

          v.

EL PALMAR ENTERPRISES, INC., and others,

                  Defendants.

Case No. 13-cv-02523 NC

**ORDER TO SHOW CAUSE**

        Plaintiffs filed this case alleging violations of the Americans with Disabilities Act on June 5, 2013.  Dkt. No. 1.  Apart from service of summons and a stipulation extending time for defendants to respond to the complaint, no activity in the case has taken place since that time.  Therefore, plaintiffs are ordered to show cause, within 28 days of this order, as to why their case should not be dismissed for lack of prosecution.

        IT IS SO ORDERED.

        Date:  June 16, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge