THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy, Suite 300
San Rafael, CA   94903
Telephone:  415/674-8600
Facsimile:   415/674-9900
tfrankovich@disabilitieslaw.com

Attorney For Plaintiffs ,

UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ;  and DAREN HEATHERLY,<br><br>        Plaintiffs,<br><br>v.<br><br>EL PALMAR ENTERPRISES, Inc a California Corp dba CASA DEL PALMAR RESTAURANT; LEE R. CECCOTTI and EVA J. CECCOTTI, Trustees of the LEE R. CECCOTTI and EVA J. CECCOTTI 1991 INTERVIVOS TRUST, dated January 24, 1991; EUGENE B. CECCOTTI; YOLANDA M. GHILOTTI, Trustee of the DINO J. GHILOTTI and YOLANDA M. GHILOTTI FAMILY REVOCABLE TRUST dated June 16, 1989; RICHARD GHILOTTI, LINDA L. GHILOTTI, DIANE ONGARO, all dba DRL INVESTMENTS, a California General Partnership; and LEANNE J. COYNE,<br><br>        Defendants. | CASE NO. CV-13-2523-EMC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PRO~~POS~~ED] ORDER THEREON** |

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON        CASE NO. **CV-13-2523-EMC**

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: August 5, 2014            THOMAS E. FRANKOVICH
                                 *A PROFESSIONAL LAW CORPORATION*


                                 By: /s/ *Thomas E. Frankovich*
                                       Thomas E. Frankovich
                                 Attorney for IRMA RAMIREZ; and DAREN HEATHERLY


Dated: August 7, 2014            JMBM | JEFFER MANGELS BUTLER
                                 & MITCHELL LLP


                                 By: /s/ *Matthew S. Kenefick*
                                       Matthew S. Kenefick
                                 Attorneys for Defendants EL PALMAR ENTERPRISES, Inc a California Corp dba CASA DEL PALMAR RESTAURANT

Dated: August 5, 2014                PARTON SELL RHOADES PC

By: _____
Michael Giacinti
Attorneys for Defendant EUGENE B. CECCOTTI; LEE R. CECCOTTI and EVA J. CECCOTTI, Trustees of the LEE R. CECCOTTI and EVA J. CECCOTTI 1991 INTERVIVOS TRUST, dated January 24, 1991; YOLANDA M. GHILOTTI, Trustee of the DINO J. GHILOTTI and YOLANDA M. GHILOTTI FAMILY REVOCABLE TRUST dated June 16, 1989; RICHARD GHILOTTI, LINDA L. GHILOTTI, DIANE ONGARO, all dba DRL INVESTMENTS, a California General Partnership; and LEANNE J. COYNE

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary

Dated: ___8/8___, 2014

Honorable _____ M. Chen
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
Judge Edward M. Chen